UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-536-SJO (SP) | Date | February 21, 2012 |
|---|---|---|---|
| Title | ANTONIO J. HOLLIS v. JENNIFER ONTIVEROS | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED

Under paragraph nine of the court's September 6, 2011 Case Management and Scheduling Order, each party, either individually or jointly, was required to file a status report no later than February 6, 2012.  Defendant complied with this order through a status report filed February 3, 2012.  Plaintiff was reminded of this requirement by the court in its January 19, 2012 Order Granting Defendant's Motion to Compel.  But over two weeks have passed beyond the February 6 deadline, and plaintiff has failed to file such a status report.  Nor has plaintiff made any other communication with the court.  Plaintiff is therefore in violation of the court's order.  As such, plaintiff is ordered to submit the ordered status report and to show cause why sanctions should not be imposed for failure to comply with the court order by *March 6, 2012*.

As provided in the court's September 6, 2011 case management order, plaintiff's status report – which must now be filed by **March 6, 2012** – must comply with the following guidelines:

The status report shall contain the following information: (a) a summary of the proceedings to date and a statement of the principal issue(s) raised by the case; (b) a statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-536-SJO (SP) | Date | February 21, 2012 |
|---|---|---|---|
| Title | ANTONIO J. HOLLIS v. JENNIFER ONTIVEROS | | |

alternative dispute resolution that would be most appropriate given the nature of this case; and (h) any suggestions the parties may wish to make regarding the management of this action.

**Plaintiff is again cautioned that failure to comply with this or any other court order may result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order.**