JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO J. HOLLIS, | Case No. ED CV 11-536-SJO (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JENNIFER ONTIVEROS, | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

May 20, 2012.

Dated: _____

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE