1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO J. HOLLIS, | ) | Case No. ED CV 11-536-SJO (SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| JENNIFER ONTIVEROS, | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that defendant's Motion to Dismiss is granted, and Judgment will be entered dismissing the First Amended Complaint and this action with prejudice.

May 20, 2012.

DATED: _____     _____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE